IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 99-cr-00305-DBS-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ADAM BOATMAN,

    Defendant.

---

### ORDER TERMINATING SUPERVISED RELEASE UNSATISFACTORILY

---

THIS MATTER was before the Court upon report of the probation officer regarding the defendant's unsatisfactory adjustment to supervision.

On December 1, 2006, a supervised release violation hearing was held and the defendant admitted to the violations as alleged. The Court finds that the defendant's adjustment to supervision has been unsatisfactory. It is hereby

ORDERED that the defendant's supervision is unsatisfactorily terminated effective December 1, 2006.

DATED at Denver, Colorado, this 11 day of December, 2006.

BY THE COURT:

Richard P. Matsch
Senior United States District Judge